IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEMIETRUS SCOTT,

Petitioner,

Case No. 3:26-cv-145

v.

WARDEN,
LONDON CORRECTIONAL INSTITUTION,

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

Respondent.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 11); (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS (Doc. No. 1) WITH PREJUDICE; (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY; (4) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (5) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner is an inmate in state custody. Doc. No. 1. He brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *Id*. The case is before the Court on the United States Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 11) denying Petitioner's motion for relief (Doc. No. 1) and recommending that Petitioner's claims be dismissed with prejudice. Petitioner has not filed objections to the R&R and the time for doing so under Fed. R. Civ. P. 72(b) has expired.

The Court has reviewed the comprehensive findings of Magistrate Judge Merz and considered all filings in this matter. Liberally construing Petitioner's *pro se* filings in his favor, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the Court concludes that the R&R is well-reasoned, cogently written, and not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A).

Accordingly, the Court hereby **ADOPTS** the R&R in full and **DISMISSES WITH PREJUDICE** the petition for a writ of habeas corpus. Petitioner is **DENIED** any requested certificate of appealability. The Court **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that an appeal of this Order would not be taken in good faith, and Petitioner should not be permitted to proceed *in forma pauperis*. This case is hereby **TERMINATED** on the docket.

**IT IS SO ORDERED.**

October 14, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge